UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SIDDHANTH SHARMA )<br>             Plaintiff, )<br>v. )<br>)<br>ALAN HIRSCH, Chairman of NCBOE, in his )<br>official capacity, KAREN BELL, in his official )<br>capacity, SIOBHAN MILLEN, in his official )<br>capacity, STACEY EGGERS, IV, in his official )<br>capacity, KEVIN LEWIS, in his official capacity, )<br>and THE STATE OF NORTH CAROLINA )<br>             Defendants ) | **AMENDED JUDGMENT**<br>No. 5:23-CV-506-M-BM |

**Decision by Court.**

This action came before the Honorable Richard E. Myers, II, Chief United States District Judge for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's Order entered on October 30, 2023 [DE 43], the Motion to Dismiss [DE 28] is GRANTED and the Motion for Injunction [DE 4] is DENIED. Further, the Motion to Consolidate and Expedite [DE 5] is accordingly DENIED AS MOOT, the Motion for Leave [DE 25] is DENIED AS MOOT, the Motion to Consolidate Rulings [DE 33] is DENIED AS MOOT, and the Emergency Motion [DE 38] is DENIED. The Complaint [DE 1] is DISMISSED WITHOUT PREJUDICE as to the "no active felon," "active voter," and "party affiliation" claims and DISMISSED WITH PREJUDICE as to the felony disclosure claim.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** pursuant to the court's Order entered on March 18, 2025 that Plaintiff's address-disclosure challenge is DISMISSED AS MOOT.

**This Amended Judgment Filed and Entered on March 18, 2025, and Copies To:**
Siddhanth Sharma (Via US mail)
Mary Carla Babb / Terence Steed (via CM/ECF Notice of Electronic Filing)

March 18, 2025                  PETER A. MOORE, JR. CLERK

                                              /s/ Sandra K. Collins
                                              (By) Sandra K. Collins, Deputy Clerk